IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JENNIFER LYN FEHER, | * |
| Plaintiff, | * |
| v. | Case No.   5:23-cv-00266-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 26, 2024, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 27th day of August, 2024.

.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk